UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-62495-RNS

ADRIANA HILL, individually and on behalf of all others similarly situated,

          Plaintiff,

   v.

DOLLS KILL, INC.,

          Defendant.

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Dolls Kill, Inc. ("Dolls Kill") respectfully moves pursuant to Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. 7.1(A)(1)(j) for an enlargement of time of twenty-one (21) days, through November 27, 2019, within which to file its response to Plaintiff's Complaint, for good cause and as described in detail below:

1. Plaintiff commenced this action on October 7, 2019, with the filing of her Complaint. ECF No. 1.

2. This is a putative class action suit under the Telephone Consumer Protection Act ("TCPA"), in which Plaintiff alleges that she received text messages without her consent, and despite her phone number being listed on the national "do not call" registry. ECF No. 1 at 2-3.

3. On October 16, 2019, Dolls Kill was served with a summons and the original Complaint.

4. Accordingly, Dolls Kill's response to the Complaint is currently due November 6, 2019.

5. Since the filing of the Complaint, Defendant's primary outside counsel for this matter (Latham & Watkins LLP) has provided Plaintiff's counsel with informal discovery that Defendant contends establishes both that Plaintiff provided prior express written consent to receive the text messages alleged in the Complaint (a complete defense to her TCPA claims, *see* 47 U.S.C. § 227(b)(1)(A)(iii); 47 C.F.R. § 64.1200(f)14(i)) and that Plaintiff has agreed to Terms and Conditions that contain an arbitration clause that requires arbitration of this dispute on an individual, non-class basis.  Notwithstanding that informal discovery, Plaintiff's counsel disputes that Plaintiff is under an obligation to arbitrate and has refused to dismiss this suit.

6. In order to avoid any arguable waiver of Dolls Kill's right to arbitrate, Dolls Kill intends to file a motion to compel arbitration at the outset of this litigation in lieu of answering or otherwise responding to the Complaint.  Preparing that motion will require obtaining a declaration from a third-party vendor involved in the text messages, among other potentially time consuming tasks.

7. Dolls Kill does not have any physical presence in Florida, and it has taken several weeks for Dolls Kill to affiliate with undersigned local counsel.  Undersigned counsel will soon file pro hac vice motions for Defendant's additional counsel from Latham & Watkins.

8. The primary attorney at Latham & Watkins handling this matter, Andrew D. Prins, has a long-planned international family vacation planned for November 2-November 11, and will have limited ability to work on this matter during that time.

9. Plaintiff does not oppose the relief sought in this motion.

10. For all of the foregoing reasons, it is respectfully submitted that there is "good cause" under S.D. Fla. L.R. 7.1(A)(1)(j) for an extension of the deadline for Dolls Kill to respond to Plaintiff's Complaint until November 27, 2019.

11.     Pursuant to S.D. Fla. L.R. 7.1(A)(2) and the Southern District's CM/ECF filing procedures, a proposed Order is attached to this Motion and has been electronically submitted to the Court in Word format.

WHEREFORE, Defendant Dolls Kill, Inc. respectfully requests that the Court grant an enlargement of time of twenty-one (21) days, through November 27, 2019, within which to file its response to Plaintiff's Complaint.

Dated:  October 30, 2019

Respectfully submitted,

By:    s/ Jonathan L. Williams

Jonathan L. Williams
Florida Bar No. 117574
LASH & GOLDBERG LLP
100 Southeast 2nd Street
Suite 1200
Miami, FL 33131-2158
jwilliams@lashgoldberg.com
Telephone: 305-347-4040
Facsimile: 305-347-4050

Matthew A. Brill (*pro hac vice* application forthcoming)
Andrew D. Prins (*pro hac vice* application forthcoming)
Nicholas L. Schlossman (*pro hac vice* application forthcoming)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Matthew.Brill@lw.com
Andrew.Prins@lw.com
Nicholas.Schlossman@lw.com
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

*Counsel for Defendant Dolls Kill, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of October, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing by e-mail to all counsel of record listed on the attached service list.

By: s/ Jonathan L. Williams
Jonathan L. Williams

## Service List

**Counsel for Plaintiff:**

JIBRAEL S. HINDI, ESQ.
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
THOMAS J. PATTI, ESQ.
Florida Bar No.: 118377
E-mail: tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136
Fax: 855-529-9540